UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP MANSOUR,

        Plaintiff,                        Case No. 17-12962
                                                      Honorable Linda V. Parker

v.

JOHN DOE, and
SUNTRUST BANKS, INC.
d/b/a SUNTRUST BANK,
a Georgia Corporation,

        Defendants.

_____/

## OPINION AND ORDER EXTENDING PLAINTIFF'S *EX PARTE* TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT SUNTRUST BANK [ECF NO. 2]

The foregoing Motion having come before this Court and issues having been duly considered, and the decision having been duly rendered,

**IT IS HEREBY ORDERED:**

1. That Plaintiff has established that, absent the issuance of this *Ex Parte* Temporary Restraining Order, Plaintiff will suffer an irreparable injury, to wit, the release of monies defalcated by Defendant John Doe ("Doe") to Doe, whose identity is and may likely remain unknown, by Defendant SunTrust Bank, Inc., in the care of which they presently reside.

2. That, in the interest of preventing this likely and potentially immediate, irreparable injury, Defendant SunTrust Bank, Inc. is hereby temporarily restrained and enjoined from moving, releasing, or otherwise disposing in any way the remaining funds wired by Plaintiff on September 6, 2017, in the amount of $272,050.20[1] to a bank account of Defendant SunTrust Bank, Inc. with the following information:

>8250 Miramar Pkwy, Miramar FL 32550
>Swift: SNTRUS3A
>ABA#: 061000104
>AC#: 1000-204-495-112
>Benef: MARQUEZ QUALITY INC.

3. That Defendant SunTrust Bank, Inc. shall place a hold or freeze on any such funds, including any outstanding official checks associated with the above-referenced account, until December 29, 2017.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 6, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 6, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager

---

[1] The original wire transfer was in the amount of $296,266.20. However, prior to the issuance of District Court Judge Paul D. Borman's September 8, 2017 Temporary Restraining Order $24,216.00 was withdrawn at a branch in Miami, FL. The parties may differ as to the amount that is currently in the account. However, the legal mandate to refrain from any transfers out of the account, effective as of the date of the first issuance of the Temporary Restraining Order remains, notwithstanding the accuracy of the amount.